# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1026
LT Case Nos. 2022-CF-009661-A
2022-CF-004474-A

_____

KEITH MAGEE MCDONALD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Julian A. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

October 3, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____